AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Kendrick Darnell Fulton,<br>*Plaintiff*<br>v.<br>Yazmin Reames,<br>*Defendant* | ) ) ) ) ) )  Civil Action No.    0:14-cv-03928-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Kendrick Darnell Fulton, shall take nothing of the defendant, Yazmin Reames, as to the complaint filed and this action is dismissed with prejudice for lack of prosecution pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, having ruled on the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the case with prejudice.

Date:  October 19, 2015                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                     s/ G. Mills
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*